UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ashley Kujawa,                                              Case No. 3:25-cv-1324

        Plaintiff,

v.                                                         ORDER AND
                                                           JUDGEMENT ENTRY

Commissioner of Social Security,

        Defendant.

On April 22, 2026, United States Magistrate Judge Jennifer Dowdell Armstrong issued a

Report and Recommendation ("R & R") recommending I affirm the Commissioner of Social

Security's decision denying Plaintiff's application for Disability Insurance Benefits ("DIB").  (Doc.

No. 13).  Plaintiff has indicated she will not be filing objections, (Doc. No. 14), and Defendant has

filed no objections.  Because the objection deadline has passed and no objections were filed, I

consider the parties to have waived subsequent review of the R & R.  *See* Local R. 72.3(b).

Accordingly, I adopt Judge Armstrong's R & R in its entirety as the final Order of this Court.  The

Commissioner's decision is affirmed, and this case is closed.


So Ordered.

s/ Jeffrey J. Helmick
United States District Judge